IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN ASIF,

      Appellant,

  v.

Case No.  5D23-115
LT Case No. 16-2020-CF-9587-AXXX-MA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Jessica J. Yeary, Public Defender,
and Pamela D. Presnell, Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
and Heather Flanagan Ross,
Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, KILBANE and MACIVER, JJ., concur.